**Darla R. FLOYD; Dana Nichole Floyd, Plaintiffs–Appellees,**

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY, Defendant–Appellant.**

No. 06–1722.

United States Court of Appeals, Fourth Circuit.

Submitted: March 2, 2007.

Decided: March 13, 2007.

John R. Murphy, Adam J. Neil, Murphy & Grantland, P.A., Columbia, South Carolina, for Appellant. John Shannon Nichols, Bluestein & Nichols, LLC, Columbia, South Carolina; Bryan D. Ramey, Bryan D. Ramey & Associates, Piedmont, South Carolina, for Appellees.

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nationwide Mutual Insurance Company appeals the district court's order reforming Darla Floyd's insurance policy to include underinsured motorist coverage and allowing Floyd to stack the coverage on her vehicles. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Floyd v. Nationwide Mut. Ins. Co.,* No. 6:04–cv–01305–GRA (D.S.C. May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*